IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| CINDY WALLACE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AT&T, INC., et al, <br><br> Defendants. | CV-24-165-BU-BMM <br><br><br> **ORDER** |

    Plaintiff has moved for an order allowing Jason H. Alperstein, Esq., and Jordan M. Steele, Esq. to appear *pro hac vice* in this case with David R. Paoli, Esq., designated as local counsel. (Pro Hac Counsel) (Docs. 41 and 42.) The applications of Pro Hac Counsel appear to be in compliance with L.R. 83.1(d). **IT IS ORDERED**:

    Plaintiff's motions to allow Pro Hac Counsel to appear in this Court are **GRANTED**, subject to the following conditions:

    1.    Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

    2.    Pro Hac Counsel must do their own work. They must do his own writings, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. Pro Hac Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Pro Hac Counsel not the law firm they work for.

6. Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED**:

Pro Hac Counsel must file, within fifteen (15) days from the date of this Order, an acknowledgment an acceptance of their admission under the terms set forth above.

DATED this 15th day of November , 2024.

_____
Brian Morris, Chief District Judge
United States District Court